

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-2019

November 17, 2019

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States* v. *Xian de Jiang*, et al., 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes to request an adjournment for all defendants of the status conference currently scheduled for Tuesday, November 19, 2019, at 2:30 p.m. The Court previously adjourned the conference for defendants Jian Feng Wu and Xiao Yu Wang until December 17, 2019 at 3:30 p.m., and excluded time under the Speedy Trial Act as well.

With respect to defendant Darren Li, the Government requests that Li's next court appearance also be adjourned until December 17, 2019 at 3:30 p.m. The Government contacted defense counsel for Li and has yet to hear any objection to the proposed adjournment.

With respect to defendant Shuai Sun, who filed a motion to suppress on November 8, 2019, the Government and counsel for Sun propose the following briefing schedule for the motion:

- December 9, 2019: Government Opposition Brief Due
- December 23, 2019: Sun Reply Brief Due
- Week of January 13, 2020: Conference or hearing on motion, if necessary

*The foregoing adjournment and briefing schedule requests are granted. The hearing in connection with Defendant Sun's motion will be held, if necessary, on January 21, 2020, at 2:30 pm.*

SO ORDERED:
/s/ Laura Taylor Swain   11/18/2019
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

By: /s/ Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: All counsel (by ECF)