# Stacey Van Malden
Attorney at Law
5114 Post Road
Bronx, New York  10471
Phone (718) 601-2652
Fax  (212) 966-0588
Email: staceyl11@optonline.net

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-2019

Stacey Anne Van Malden
admitted NY,NJ,FL

December 17, 2019

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  1007
via ECF

Re: <u>United States v. Sun, Ind. No. 18-cr-905</u>

Your Honor,

I am writing to you today in order to request an adjournment of today's status conference in the above referenced matter. I have attempted to secure AUSA Rothman's consent to this application, but she is presently actually engaged in a trial.

I do apologize for the lateness of this request. I had misunderstood this Court's Endorsed Order of November 18, 2019, and believed that this matter had been adjourned to January 21, 2020 at 2:30.

Mr. Sun consents to any exclusion of time under the Speedy Trial Act, and respectfully requests that the status conference be rescheduled to that same January 21, 2020 time and date.

I thank you for your consideration in this matter.

THE APPLICATION IS GRANTED. THE CONFERENCE IS _adjourned to_
_1/21/20_ AT _2:30pm_ IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH _1/21/20_ OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

_/s/ 12/17/19_
LAURA TAYLOR SWAIN, USDJ

Respectfully submitted,

Stacey Van Malden
Stacey Van Malden, Esq.