**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2020

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/20

Re:   *United States v. Shuai Sun*, 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes, with the consent of counsel for defendant Shuai Sun and in an abundance of caution, to request that time be excluded under the Speedy Trial Act between today and March 18, 2020, the date of the next conference scheduled in this matter for co-defendant Xiao Yu Wang. (Dkt. No. 112). Although the Court's most recent order as to defendant Sun only excluded time under the Speedy Trial Act until January 21, 2020, (Dkt. No. 107), the Government believes that time is still being excluded because (1) the defendant's pretrial motion to suppress is still pending, *see* 18 U.S.C. § 3161(h)(1)(D) ("delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion . . . shall be excluded . . . in computing the time within which the trial of any such offense must commence"), and (2) the Court otherwise excluded time in this case until March 18, 2020. In any event, in an abundance of caution, the Government respectfully requests that time be excluded between today and March 18, 2020.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

By: _____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

Docket Entry #117 resolved.

SO ORDERED:
_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Defense counsel (by ECF)