Case 1:18-cr-00905-LTS Document 125 Filed 02/26/20 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Shuai Sun*, 18 Cr. 905 (LTS)

The Government respectfully writes to request leave to file its response to the defendant's motion for reconsideration (Dkt. No. 121) by February 27, 2020. The Government acknowledges that the deadline for filing a response under Local Civil Rule 6.1 was February 20, 2020, and apologizes for not meeting that deadline. The reason for the Government's failure to meet the deadline is that the AUSA originally assigned to the case recently went out on maternity leave and the undersigned was assigned to cover in her absence; the deadline was overlooked in the transition. Nevertheless, the Government respectfully requests that the Court consider its response that will be filed on February 27, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

The request is granted.
DE # 125 resolved.

SO ORDERED:

/s/ 2/26/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE