U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

MEMO ENDORSED

Re:   United States v. *Xiao Yu Wang,* et al., 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for September 23, 2020, for approximately 30 days until a date that is convenient for the Court. The adjournment will give the parties additional time to engage in discussions of potential resolutions of the matter, a process that has been made more difficult by the ongoing COVID-19 pandemic. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between September 23, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/Elizabeth A. Espinosa
Elizabeth A. Espinosa/Alexandra N. Rothman
Assistant United States Attorneys
(212) 637-2216/-2580

The application is granted. The conference is adjourned to October 22, 2020, at 11:30 a.m. . The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 22, 2020, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above. DE# 149 resolved.

SO ORDERED.
Dated: September 12, 2020

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ