U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

**MEMO ENDORSED**

Re:     *United States* v. *Xiao Yu Wang,* et al., 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for October 22, 2020, for approximately 30 days. The parties are continuing to discuss potential pretrial resolutions, a process that has been made more difficult by the COVID-19 pandemic, which has negatively impacted the parties' ability to move the case forward. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between October 22, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/Elizabeth A. Espinosa
    Elizabeth A. Espinosa
    Assistant United States Attorney
    (212) 637-2216

The conference is adjourned to November 16, 2020, at 12:00 p.m. noon. The time period from today through November 16, 2020, is excluded from speedy trial computations for the reasons stated above. DE #s 155 and 156 resolved.
SO ORDERED.
10/9/2020
/s/ Laura Taylor Swain, USDJ