UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-905 (SHS)

-v-  :  <u>ORDER</u>

XIAO YU WANG and SHUAI SUN,  :

        Defendants.  :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        This matter having been reassigned to this Court's docket on April 2, 2021,

        IT IS HEREBY ORDERED that:

        1.    Any motions *in limine*, proposed jury charges, and proposed *voir dire*, are due on or before August 6, 2021;

        2.    Responses to any motions *in limine* are due by August 20, 2021;

        3.    The final pretrial conference is adjourned to September 14, 2021, at 10:00 a.m.;

        4.    The trial of this action will remain on September 20, 2021, at 9:30 a.m.;

        6.    The parties should be aware that although the Court is submitting the jury request for this trial to begin on September 20, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the fourth quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 5, 2021

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.