UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-905 (SHS) |
| -v - | : | <u>ORDER</u> |
| SHUAI SUN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the trial of this action shall commence on Wednesday, December 15, 2021. This matter is the first trial scheduled on that date which means that the trial will start on December 15, 2021.

IT IS HEREBY ORDERED that:

1. The deadline for the government to submit its pretrial filings is extended to November 12;

2. The defendant may supplement his existing filings on or before November 12;

3. Responses to any motions are due by November 26, 2021; and

3. The final pretrial conference scheduled for September 14, 2021, at 10:00 a.m., is adjourned to December 9, 2021, at 10:00, and will take place at the U.S. Courthouse, Courtroom 23A, at 500 Pearl Street, New York, New York.

Dated: New York, New York
August 30, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.