UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-905 (SHS) |
| -v - | : | ORDER |
| SHUAI SUN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant's attorney having filed a letter on September 20, 2021, requesting an adjournment of the December 15 trial of this matter [Doc. No. 192], and no response having been filed by the government,

IT IS HEREBY ORDERED that:

1. The deadline for the government to submit its pretrial filings is extended to December 3, 2021;

2. The defendant may supplement his existing filings on or before December 27, 2021;

3. Responses to any motions are due by January 7, 2022;

4. The final pretrial conference is adjourned to January 11, 2022, at 2:30 p.m., and will take place in Courtroom 23A, at 500 Pearl Street, New York, New York;

5. The trial of this matter is adjourned to January 18, 2022; and

6. The parties should be aware that although the Court is submitting the jury request for this trial to begin on January 18, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the first quarter of 2022. The Court will notify the parties as soon as the trial for the first quarter of 2022 calendar is set.

Dated: New York, New York
September 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.