

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2021

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States* v. *Xiao Yu Wang*, et al., 18 Cr. 905 (SHS)

Dear Judge Stein:

The Government writes to respectfully request a one-week adjournment of its deadline to submit pretrial filings, which is currently December 3, 2021. The parties are continuing to discuss potential pretrial resolutions, and are preparing for trial, which is currently set for January 18, 2022. Because the Government's pretrial filings will be informed by the outcome of its ongoing discussions with defense counsel, the Government respectfully requests until December 10, 2021 to make pretrial filings. The Government consulted with counsel for the defendant, who consents to the adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/Brandon D. Harper
Brandon D. Harper
Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-2209/2216

**The government's request to file its pretrial filings until December 10 is granted.**

**Dated: New York, New York**
         **December 1, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.