UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-905 (SHS)

-v-  :  <u>ORDER</u>

SHUAI SUN,  :

        Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Tuesday, January 18, 2022, as the second trial on the schedule for that day. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    The deadline for the government to submit its pretrial filings remains at December 10, 2021;

    2.    The defendant may supplement his existing filings on or before December 20, 2021;

    3.    Responses to any motions are due by December 27, 2022;

    4.    The final pretrial conference is moved to January 6, 2022, at 4:30 p.m., and will take place in Courtroom 23A, at 500 Pearl Street, New York, New York; and

    5.    The trial of this matter will commence on January 18, 2022, at 9:30 a.m.

Dated: New York, New York
       December 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.