UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-905 (SHS) |
| -v - | : | ORDER |
| SHUAI SUN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the conference scheduled for January 6, 2022, at 4:30 p.m., is moved up to 11:30 a.m. on January 6 and will take place in Courtroom 23A.

Dated: New York, New York
       January 5, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.