UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-905 (SHS)

        -v -  :  <u>ORDER</u>

SHUAI SUN,  :

        Defendant.  :

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of defendant is adjourned from April 11 to April 27, 2022, at 2:30 p.m.

Dated: New York, New York
       April 6, 2022

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.