UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-905 (SHS) |
| -v - | : | ORDER |
| SHUAI SUN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of defendant is adjourned from May 9 to May 11, 2022, at 4:30 p.m., and will take place in Courtroom 23A.

Dated: New York, New York
       May 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.