UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

CASE NO. *18-CR-905*

- v -

SHUAI SUN

------------------------------------------------------------

This application for the return of the defendant's passport, having come before the Court on the application of Stacey Van Malden, Esq., counsel for the defendant; and

**IT IS NOW HEREBY ORDERED** that Pretrial Services return the defendant's passport.

SO ORDERED

_____
Sidney H. Stein, U.S.D.J.

Dated: New York, New York
May 20, 2024